*S. Stansifer*, for appellant.

------------•------------

BOWSER AND ANOTHER *v.* PALMER.

PROMISSORY NOTE.—*Attorney's Fees.*—*Evidence.*—On the trial of an action on a promissory note which provided·for the payment of "all costs and attorney's fees for collection," if the note should not be paid at maturity, the only evidence introduced was the note sued on.
*Held*, that there could be no finding for attorney's fees.

APPEAL from the Allen Common Pleas.

Suit by the appellee against the appellants on a promissory note for nine hundred and thirty-two dollars, with interest, and "all costs and attorney's fees for collection, if said note is not paid at maturity."

Answer, the general denial.

On the trial, the only evidence introduced was the note.

The finding was for the plaintiff, and included fifty dollars for attorney's fees.

The defendants filed a motion for a new trial for the reasons: "1st. That the finding of the court is not sustained by the evidence.

"2d. That the finding of the court is contrary to law.

"3d. That the court erred in making an allowance of attorney's fees in favor of said plaintiff, and that the same is not sustained by the evidence, and is contrary to law."

The motion was overruled, and the defendants excepted; and judgment was rendered on the finding.

FRAZER, J.—The judgment below cannot stand. There was no evidence whatever upon which to base the finding of the court for attorney's fees.

Reversed and remanded, with direction to grant a new trial.

*J. A. Fay*, for appellants.

*W. H. Coombs* and *W. H. H. Miller*, for appellee.